PATTULLO, INC., Appellant, v. KATE COLAGE and ANNA FILLIPO, Respond-

ents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.